UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **JACQUELINE J CAMPBELL**, <br><br> Defendant, | CASE NO. **2:25-cv-00144-SDN** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from December 4, 2025, to February 2, 2026, as follows:

1. Plaintiff moved for entry of default against Jacqueline J. Campbell ("Defendant") on July 24, 2025. This Court entered an order granting Default against Defendant on the same day.

2. Since July 24, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to February 2, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to February 2, 2026, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

- 2 -

Dated at Portland, Maine this December 4, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

# CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on December 4, 2025, I served the above Motion upon the Defendant by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Jacqueline J. Campbell
43 Robbins Road
Belfast, ME 04915

Jacqueline Campbell or Current Occupant
36 Mount Pleasant Street,
West Rockport, ME 04865

Dated at Portland, Maine this December 4, 2025.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff