Case 2:25-cv-00144-SDN   Document 43   Filed 06/05/26   Page 1 of 4   PageID #: 193

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:25-cv-00144-SDN |
| JACQUELINE J. CAMPBELL, | ) ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**Address: 36 Mount Pleasant Street, West Rockport, ME 04865**
**Mortgage: July 16, 2009**
**Book 4131, Page 55 of Knox County Registry of Deeds**

Plaintiff United States Department of Agriculture ("USDA") seeks to foreclose on real property owned by Defendant Jacqueline J. Campbell located at 36 Mount Pleasant Street, West Rockport, ME 04865. Before me is USDA's motion for default judgment. ECF No. 20. Upon consideration of the evidence, I **GRANT** USDA's motion for default judgment.

### FACTUAL FINDINGS AND LEGAL CONCLUSIONS

On May 18, 2026, I held a testimonial hearing on USDA's motion for default judgment. USDA was present and represented by Kevin J. Crosman, Esq.[1] The Defendant did not appear. Based on the evidence introduced at the hearing, I make the following findings and conclusions:

- The Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

---

[1] Attorney Crosman has since withdrawn from the case. *See* ECF Nos. 40, 41. Attorney Stephean Chute has filed a notice of appearance on behalf of the Plaintiff. ECF No. 33.

- Defendant acquired the property located at 36 Mount Pleasant Street, West Rockport, ME 04865 ("the Property") on July 16, 2009. Am. Compl. (ECF No. 8) ¶ 6.

- On July 16, 2009, Defendant executed a promissory note ("Note") promising to pay $139,760.00 plus interest to USDA on a 33-year repayment schedule at a 4.875% interest rate. Am. Compl. ¶ 5; Pl.'s Hr'g Ex. 1.

- On July 16, 2009, Defendant executed a mortgage ("Mortgage") of the Property to USDA, which secures the Note. Am. Compl. ¶ 6; Pl.'s Hr'g Ex. 2.

- Defendant has breached the terms of and defaulted on the Note. *See* Am. Compl. ¶¶ 8, 9. On December 12, 2024, USDA sent Defendant a notice of default and right to cure in accordance with 14 M.R.S. § 6111. Am. Compl. ¶ 10; ECF No. 8-3.

- On July 23, 2025, USDA filed a motion for entry of default as to Defendant. ECF No. 10. On July 24, 2025, I entered default as to Defendant. ECF No. 11.

- On February 2, 2026, USDA filed a motion for default judgment as to Defendant. ECF No. 20.

- The Amended Complaint identifies the Property by street address and the book and page number of the Mortgage, ECF No. 8, and a copy of the Clerk's Certificate of Foreclosure was timely recorded in the Knox County Registry of Deeds, ECF Nos. 42 ¶ 3, 42-1.[2]

- Defendant received notice of this action. *See* Service Returned Executed (ECF No. 9). Defendant has defaulted. ECF No. 11.

- Defendant is not serving in the military. ECF No. 10-1 at 2.

---

[2] Plaintiff's provision of this document satisfies the Court's order to show cause at ECF No. 39.

- Attorney Crosman attested at the hearing that there are no public utility easements held by a party-in-interest that survive the proceedings.

- As of May 16, 2026, the following amounts, exclusive of fees and costs for preparation for and attendance at trial, are owed to Plaintiff under the terms of the Note and Mortgage:

| Description | Amount |
| --- | --- |
| Principal Balance | $143,025.28 |
| Interest at 4.875% to 5/16/26 | $56,983.14[3] |
| Maintenance & Other Fees | $52,961.96 |
| Late Fees | $131.28 |
| Escrow Advances | $4,810.83 |
| Grand Total | $257,912.49 |

Additional prejudgment interest is accruing, *see* 14 M.R.S. § 1602-B, and postjudgment interest will accrue at a rate of 9.5% per annum in accordance with the Note and 14 M.R.S. § 1602-C. Plaintiff has foregone any right to a higher interest rate that may be allowable under 14 M.R.S. § 1602-C. Additional attorney's fees, real estate taxes, costs, and amounts advanced or incurred after May 16, 2026, to protect the security of the Mortgage may continue to accrue through the date of redemption or sale and the completion of these proceedings. USDA has first priority, in the amount of $257,912.49, pursuant to the subject Note and Mortgage, and there are no parties in interest other than the Defendant who have second priority.

## CONCLUSION

For the reasons stated above, I **GRANT** USDA's motion for default judgment. ECF No. 20. Judgment of Foreclosure and Sale will issue separately.

---

[3] Plaintiff seeks prejudgment interest from the date of default—March 16, 2018—until June 18, 2026. Because Plaintiff may not seek prejudgment interest that extends past the date judgment issues, *see* 14 M.R.S. § 1602-B(5), the Court uses the prejudgment interest calculation provided in Plaintiff's Hearing Exhibit 3 which calculates such interest from March 16, 2018, until May 16, 2026. Additional prejudgment interest may continue to accrue from May 16, 2026, until the date judgment issues. *See* 14 M.R.S. § 1602-B.

**SO ORDERED.**

Dated this 5th day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**
