UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) | |
| Plaintiff, | ) ) | 2:25-cv-00144-SDN |
| v. | ) ) | |
| JACQUELINE J. CAMPBELL, | ) ) | |
| Defendant. | ) | |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 36 Mount Pleasant Street, West Rockport, ME 04865**
**Mortgage: July 16, 2009**
**Book 4131, Page 55 of Knox County Registry of Deeds**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on May 18, 2026. Plaintiff United States Department of Agriculture was present and represented by Kevin J. Crosman, Esq.[1] Defendant, Jacqueline J. Campbell, did not appear. I granted the Motion for Default Judgment. ECF No. 20. **JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or her heirs or assigns pay the United States Department of Agriculture ("USDA") the amount adjudged due and owing ($257,912.49) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, USDA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of May 16, 2026:

---

[1] Attorney Crosman has since withdrawn from the case. *See* ECF Nos. 40, 41. Attorney Stephean Chute has filed a notice of appearance on behalf of the Plaintiff. ECF No. 33.

| Description | Amount |
| --- | --- |
| Principal Balance | $143,025.28 |
| Interest at 4.875% to 5/16/26 | $56,983.14[2] |
| Maintenance & Other Fees | $52,961.96 |
| Late Fees | $131.28 |
| Escrow Advances | $4,810.83 |
| Grand Total | $257,912.49 |

2. If the Defendant or her heirs or assigns do not pay USDA the amount adjudged due and owing ($257,912.49) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, her remaining rights to possession of the West Rockport Property shall terminate, and USDA shall conduct a public sale of the West Rockport Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $257,912.49 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. USDA may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at the hearing.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of her right to possession, USDA may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to

---

[2] Plaintiff seeks prejudgment interest from the date of default—March 16, 2018—until June 18, 2026. Because Plaintiff may not seek prejudgment interest that extends past the date judgment issues, *see* 14 M.R.S. § 1602-B(5), the Court uses the prejudgment interest calculation provided in Plaintiff's Hearing Exhibit 3, which calculates such interest from March 16, 2018, until May 16, 2026. Additional prejudgment interest may continue to accrue from May 16, 2026, until the date this judgment issues. *See* 14 M.R.S. § 1602-B.

be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The Plaintiff is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S. § 2401(3).

6. The amount due and owing is $257,912.49.

7. USDA has first priority, in the amount of $257,912.49, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

8. The prejudgment interest rate is 4.875%, *see* 14 M.R.S.A. § 1602-B, and the postjudgment interest rate is 9.5%, pursuant to 14 M.R.S.A. § 1602-C.

9. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | United States Department of Agriculture<br>PO Box 66827<br>St. Louis, MO 63166 | Stephean C. Chute, Esq.<br>Braucher & Associates PLLC<br>764 Chestnut St., Suite 1<br>Manchester, NH 03104 |
| DEFENDANT | Jacqueline J. Campbell<br>43 Robbins Rd.<br>Belfast, ME 04915 | Pro Se |

a)  The docket number of this case is No. 2:25-cv-00144-SDN.

b)  The Defendant, the only party to these proceedings besides USDA, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c)  A description of the real estate involved, 36 Mount Pleasant Street, West Rockport, ME 04865, is set forth in Attachment 8-2 to the Amended Complaint, ECF No. 8.

d)  The street address of the real estate involved is 36 Mount Pleasant Street, West Rockport, ME 04865. The Mortgage was executed by the Defendant, Jacqueline J. Campbell, on July 16, 2009. The book and page number of the Mortgage in the Knox County Registry of Deeds is Book 4131, Page 55.

e)  This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 36 Mount Pleasant Street, West Rockport, ME 04865.

**SO ORDERED.**

Dated this 5th day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

4